**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| IN RE:  Delone Leslie | : |  |
| Debtor | : | BANKRUPTCY NO. 18-16697 AMC |
| Federal National Mortgage Association | : |  |
| ("Fannie Mae"), its successors and assigns | : | 11 U.S.C. §362 (d)(1) |
| Movant, | : |  |
| v. | : | HEARING DATE:   5/21/2019 |
| Delone Leslie | : |  |
| William C. Miller, Trustee | : | HEARING TIME:  11:00 a.m. |
| Respondents | : |  |
|  | : | COURTROOM #4 |

**ORDER**

**AND NOW**, this      day of                 , 2019, upon motion of Federal National Mortgage Association ("Fannie Mae"), its successors and assigns, for relief from the Automatic Stay, it is

**ORDERED AND DECREED THAT**:  The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified with respect to the premises:  **<u>1612 Clifton Avenue,  Sharon Hill,  PA 19079</u>**, That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law.  The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

_____
**UNITED STATES BANKRUPTCY JUDGE**

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018
(610) 328-2887

Delone Leslie
1612 Clifton Avenue
Sharon Hill, PA 19079


Michael Seth Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA 18966

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107