Recording Requested By:
**Bank of America**
Prepared By:
**Regina L. McKay**
**800-444-4302**
**4909 Savarese Circle**
**Tampa**
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**P.O. Box 961006**
**Ft Worth, TX 76161-9836**

DocID#      15516010124989583
Tax ID:         15-00-01049-01
Property Address:
**1612 Clifton Avenue**
**Sharon Hill, PA 19079-2436**
Property Location:
**N/A Ward Township of DARBY**
PA0-AM   34480391   12/15/2015   FB1130A

RD BK05756-0371                          AS-ASSIGNMENTS
2016001638    01/11/2016 01:46:19 PM:1
RCD FEE: $78.50

DELAWARE COUNTY
THOMAS J. JUDGE SR. ROD

This space for Recorder's use

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634** does hereby grant, sell, assign, transfer and convey unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION** whose address is **14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Beneficiary:          **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS**
Mortgagor(s):         **DELONE LESLIE**
Date of Mortgage:   **3/27/2007**      Original Loan Amount:   **$84,900.00**

Recorded in **Delaware County, PA** on: **4/19/2007**, book **RD 04080**, page **1263** and instrument number **2007034608**

This Mortgage has not been assigned unless otherwise stated below:
Assigned From: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Assigned To: COUNTRYWIDE HOME LOANS, INC.
Date of Assignment: 10/29/2008
Recording Date: 12/3/2008  Book/Liber: RD 04464  Page: 0141  Instrument Number: 2008081926

Assigned From: COUNTRYWIDE HOME LOANS, INC.
Assigned To: BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.
Date of Assignment: 7/6/2009
Recording Date: 9/3/2009  Book/Liber: RD 04621  Page: 1660  Instrument Number: 2009060853

**Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on __DEC 1 5 2015__

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

By: *Dana M. Burton*

Dana M. Burton, Assistant Vice President

State of FL, County of **Hillsborough**

The foregoing instrument was acknowledged before me this __DEC 1 5 2015__, by **Dana M. Burton**, Assistant Vice President authorized to sign on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP. He/she is personally known to me or has produced _____ as identification.

Notary Public: Debora Patricia Marrero
My Commission Expires: 2/12/2018

DEBORA PATRICIA MARRERO
Notary Public, State of Florida
Commission# FF 92424
My comm. expires Feb. 12, 2018

I hereby certify that the address of the within named assignee is:
**14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254**

*Regina L. McKay*
Signature

DocID#    15516010124989583