# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-16697-AMC

DELONE LESLIE

1612 CLIFTON AVENUE

SHARON HILL, PA 19079

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DELONE LESLIE

1612 CLIFTON AVENUE

SHARON HILL, PA 19079

Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

Date: 5/26/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee