# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16697-AMC

    DELONE  LESLIE

    1612 CLIFTON AVENUE

    SHARON HILL, PA 19079

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DELONE  LESLIE

    1612 CLIFTON AVENUE

    SHARON HILL, PA 19079

Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

        /S/ William C. Miller

Date: 9/11/2020

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee