**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**    **DELONE LESLIE**    : CHAPTER 13
: BANKRUPTCY NO. 18-16697 AMC
**DEBTOR**    :

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Objection to Certification of Default was on the 2ND day of October, 2020, served by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties.

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor