*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Delone Leslie
    Debtor(s)

Case No: 18−16697−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of terms of the Stipulation re: 1612 Clifton Ave Sharon Hill, PA 19079 Filed by REBECCA ANN SOLARZ on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper

    on: 11/10/20

    at: 02:00 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/8/20

Timothy B. McGrath
Clerk of Court

75 − 72
Form 167