United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16697-amc |
| Delone Leslie | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Keith | Page 1 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: 167 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delone Leslie, 1612 Clifton Avenue, Sharon Hill, PA 19079-2436 |
| cr | + | Federal National Mortgage Association (Fannie Ma, c/o Heather S. Riloff, Esquire, 649 South Avenue, Secane, PA 19018-3541 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KARINA VELTER, P.O. Box 165028, Columbus, OH 43216-5028 |
| cr | + | Seterus, Inc., as the authorized subservicer for F, c/o Heather S. Riloff, Esquire, 649 South Avenue, Secane, PA 19018-3541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Oct 09 2020 02:18:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 09 2020 01:48:37 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:50:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

District/off: 0313-2 | User: Keith | Page 2 of 2
Date Rcvd: Oct 08, 2020 | Form ID: 167 | Total Noticed: 7

| Name | Email Address |
|---|---|
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com Michelle@mvrlaw.com |
| KARINA VELTER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") Lorraine@mvrlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Delone Leslie msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Delone Leslie
    Debtor(s)

Case No: 18−16697−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of terms of the Stipulation re: 1612 Clifton Ave Sharon Hill, PA 19079 Filed by REBECCA ANN SOLARZ on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper

on: 11/10/20

at: 02:00 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/8/20

Timothy B. McGrath
Clerk of Court

75 − 72
Form 167