**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Delone Leslie** | : | **Case No.: 18-16697** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as

counsel of record for creditor **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.


/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com


19-011465_PS

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-16697** |
| **Delone Leslie** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | : | **Related Document #** |
| | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| **Delone Leslie** | : | |
| | : | |
| **William C. Miller, Esq.** | : | |
| Respondents. | | |

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

Michael Seth Schwartz, Attorney for Delone Leslie, Law Office of Michael Schwartz, 707
Lakeside Office Park, Southampton, PA  18966, msbankruptcy@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Delone Leslie, 1612 Clifton Avenue, Sharon Hill, PA  19079

DATE: <u>March 9, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028

19-011465_PS

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

19-011465_PS