**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Delone Leslie** | : | **Case No.: 18-16697** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

19-011465_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16697** |
| **Delone Leslie** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| Debtor(s) : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** : | **Related Document #** |
| : | |
| Movant, : | |
| vs : | |
| : | |
| **Delone Leslie** : | |
| : | |
| **William C. Miller, Esq.** : | |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Michael Seth Schwartz, Attorney for Delone Leslie, Law Office of Michael Schwartz, 707 Lakeside Office Park, Southampton, PA  18966, msbankruptcy@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2021:

Delone Leslie, 1612 Clifton Avenue, Sharon Hill, PA  19079

DATE: <u>September 20, 2021</u>

                                                         /s/ Adam B. Hall
                                                         Adam B. Hall, Esquire (323867)
                                                         Manley Deas Kochalski LLC
                                                         P.O. Box 165028

19-011465_PS

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-011465_PS