## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Delone Leslie<br>　　　　　　　<u>Debtor</u> | Chapter 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　<u>Movant</u><br>　　vs. | NO. 18-16697 AMC |
| Delone Leslie<br>　　　　　　　<u>Debtor</u> | <u>11 U.S.C. Section 362</u> |
| and William C. Miller Esq.<br>　　　　　　　<u>Trustee</u> | |

### ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 28, 2019, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under <u>11 U.S.C. Sections 362</u> and <u>1301</u> of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. <u>11 U.S.C. Sections 362</u> and <u>1301</u> (if applicable), is modified to allow US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1612 Clifton Ave Sharon Hill, PA 19079.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: September 9, 2022**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.