**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>DELONE  LESLIE | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 18-16697-AMC |

# O R D E R

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 13, 2022**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
DELONE  LESLIE

1612 CLIFTON AVENUE

SHARON HILL, PA 19079