United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-16697-amc
Delone Leslie Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 13, 2022      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delone Leslie, 1612 Clifton Avenue, Sharon Hill, PA 19079-2436 |
| cr | + | Federal National Mortgage Association (Fannie Ma, c/o Heather S. Riloff, Esquire, 649 South Avenue, Secane, PA 19018-3541 |
| cr | + | Seterus, Inc., as the authorized subservicer for F, c/o Heather S. Riloff, Esquire, 649 South Avenue, Secane, PA 19018-3541 |
| 14308619 | + | Credit Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14289247 | + | Federal National Mortgage Association, (Fannie Mae), c/o Heather S. Riloff, Esquire, 649 South Avenue, Secane, PA 19018-3541 |
| 14209937 | + | Martha Von Rosenstiel, Esquire, 649 South Avenue, Suite 7, Secane, PA 19018-3541 |
| 14452119 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O REBECCA ANN SOLARZ, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |
| 14217152 | + | Seterus, Inc., as the authorized subservicer, for Federal National Mortgage Fannie Mae, c/o Heather S. Riloff, Esquire, 649 South Avenue, Secane, PA 19018-3541 |
| 14247001 | + | Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |
| 14698501 | + | US Bank Trust National Association as trustee, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 14 2022 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2022 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Sep 14 2022 00:17:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 14 2022 00:23:32 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: amps@manleydeas.com | Sep 14 2022 00:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KARINA VELTER, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14209934 | | Email/Text: ebn@americollect.com | Sep 14 2022 00:18:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14209933 | + | Email/Text: bankruptcy@rentacenter.com | Sep 14 2022 00:18:00 | Acceptance Now, Attn: Acceptancenow Customer Service / B, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14213077 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 14 2022 00:23:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 18-16697-amc   Doc 108   Filed 09/15/22   Entered 09/16/22 00:34:04   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Method | Time | Name and Address |
|---|---|---|---|---|
| 14209935 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 14 2022 00:17:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14209936 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 14 2022 00:23:37 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14235407 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 14 2022 00:18:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14294278 | | Email/Text: amps@manleydeas.com | Sep 14 2022 00:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14294540 | + | Email/Text: amps@manleydeas.com | Sep 14 2022 00:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14316141 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2022 00:17:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14209939 | + | Email/Text: clientservices@simonsagency.com | Sep 14 2022 00:18:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 14210615 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 00:23:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14651734 | ^ | MEBN | Sep 14 2022 00:13:33 | US Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14209938 | ##+ | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 27 |

HEATHER STACEY RILOFF
on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") logsecf@logs.com, Michelle@mvrlaw.com

HEATHER STACEY RILOFF
on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") logsecf@logs.com Michelle@mvrlaw.com

KARINA VELTER
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kvelter@hoflawgroup.com ckohn@hoflawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com

MICHAEL SETH SCHWARTZ
on behalf of Debtor Delone Leslie msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

REBECCA ANN SOLARZ
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DELONE LESLIE | Chapter 13 |
| Debtor | Bankruptcy No. 18-16697-AMC |

# O R D E R

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: September 13, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
DELONE LESLIE

1612 CLIFTON AVENUE

SHARON HILL, PA 19079